# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | DOCKET NO. 1:06CR241 |
| | ) | |
| vs. | ) | ORDER TO DESTROY EVIDENCE |
| | ) | |
| **OCTAVIO REYES-MORALES** | ) | |
| | ) | |

**THIS MATTER** is before the Court on the Government's motion for destruction of two firearms seized during the investigation of the charges herein. Defendant has filed no response to the request.

For the reasons stated in the Government's motion, the Court finds that the following firearms, which are now in the possession of the Drug Enforcement Administration, should be destroyed in accordance with the usual procedure for the destruction of such evidence:

a. Western Auto Supply Company 22 caliber rifle, Revelation Model 120, no visible serial number;
b. Colt handgun, Model 1911, serial number 795555

**IT IS, THEREFORE, ORDERED** that the Government's motion to destroy evidence is hereby **GRANTED**, and the above described firearms are ordered destroyed according to law.

Signed: May 14, 2008

Lacy H. Thornburg
United States District Judge